FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 DEC -8  PM 3: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMIEN DEMOND BROWN            CIVIL ACTION

VERSUS                         NO. 08-4750

ORAL SURGEON JOHN REID, ET AL.    SECTION: "D"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Earl K. Long Regional Medical Center are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against Dr. John Reid are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims against Dr. John Reid are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 7 day of Dec, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____